LAW OFFICES OF

RICHARD D. BIRD
STEVEN R. BIRD
DALE A. RABE, JR.

**BIRD, BIRD & RABE**
ATTORNEYS-AT-LAW
P. O. BOX 1257
CHILDRESS, TEXAS 79201-1257

TEL. 940-937-2543
FAX 940-937-3431

April 20, 2017

The Supreme Court of Texas                    VIA E-FILE
201 W. 14th Street, #104
Austin, Texas   78711

> Re: Cause No. 9361; ITIO D.V. and S.V., Minor Children, in the 287th Judicial District Court of Bailey County, Texas.
>
> Appellate Cause No. 07-16-00297-CV
>
> Supreme Court of Texas Cause No. 17-0305

To Whom It May Concern:

Please find attached the Order for Substitution of Counsel on Appeal in the above referenced matter which was requested by the Court.

Please feel free to contact my office with any questions or concerns.

Very truly yours,

DALE A. RABE, JR.
DAR/gw
Enclosure

cc:  Mr. Mark Zuniga                         VIA E-SERVICE
     mark.zuniga@dfps.state.tx.us

     Mr. Aaron Carter                        VIA E-SERVICE
     aaron@carterandrader.com

     Mr. Jim Shaw                            VIA E-SERVICE
     shaw88law@yahoo.com

FILED
17-0305
4/20/2017 4:43:38 PM
tex-16579410
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA.

## NO. 9361

| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| ██████████ | § | 287TH JUDICIAL DISTRICT |
| | § | |
| CHILD(REN) | § | BAILEY COUNTY, TEXAS |

### ORDER FOR SUBSTITUTION OF COUNSEL ON APPEAL

It has been brought to the Court's attention that the appellate attorney retained to represent the Respondent Mother cannot represent her in the appeal filed in this suit.

IT IS THEREFORE ORDERED that DAVID HERNANDEZ is discharged as attorney of record for Respondent Mother, JASMINE HERNANDEZ, and **DALE RABE, SBN 24027638,** is substituted as attorney of record for the Respondent Mother, on appeal.

SIGNED on the 18th day of April, 2017.

_____
CARRY A. BAKER
JUDGE PRESIDING